UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRIANNA BENNETT,

          *Plaintiff,*

  -against-

EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC,

          *Defendant(s).*

Case No. 1:2024-cv-01254 (JRR)

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Brianna Bennett, and Experian Information Solutions, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Experian Information Solutions, Inc.. Each party will bear their own costs and attorney's fees.

/s/ Brett D. Sherman
Brett D. Sherman
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
brett@st-legal.com
*Counsel for Plaintiff*

Upon consideration of the Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. filed at ECF No. 21, it is this 15th day of August 2024 **ORDERED** that the Stipulation shall be, and is hereby, **APPROVED;** and further it is **ORDERED** that the Complaint at ECF No. 1 shall be, and is hereby, **DISMISSED WITH PREJUDICE** as against Defendant Experian Information Solutions, Inc. and further it is **ORDERED** that the Clerk of Court is respectfully directed to **CLOSE** this case.

/s/
Julie R. Rubin
United States District Judge

<u>/s/ Victoria Brown</u>
Victoria Brown
Jones Day
51 Louisiana Ave. N.W.
Washington, S.C. 20001
202-879-4654
vbrown@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

SO ORDERED.

_____